IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20800
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

ISMAEL ROMAN-FIGUEROA,

                                    Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-94-1
---------------------

April 19, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Ismael Roman-Figueroa ("Roman")
has filed a motion to withdraw and a brief pursuant to Anders v.
California, 386 U.S. 738 (1967).  Roman has not filed a response.
Our review of the brief filed by counsel and of the record
discloses no nonfrivolous point for appeal.  Accordingly, the
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities, and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.